# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10cv289

| | |
|---|---|
| WENDY OLSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| DAYMARK RECOVERY SERVICES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on periodic case review. Review of the pleadings reveals that the deadline for filing a Certificate of Initial Attorneys Conference ("CIAC") was March 1, 2011, and that such deadline has passed with no filing.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the parties file their CIAC not later than March 25, 2011.

Signed: March 14, 2011

Dennis L. Howell
United States Magistrate Judge